IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LORENZO FLORES BERMUDEZ,

    Petitioner,                      No. 2:10-cv-1290 DAD (HC)

    vs.

UNITED STATES MARSHAL,
EASTERN DISTRICT OF
CALIFORNIA,                              ORDER

    Respondent.
_____/

        Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of mandate.  In light of the complexity of the legal issues involved, the court has determined that the interests of justice require appointment of counsel.  See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Federal Defender is appointed to represent petitioner; and

/////

/////

/////

/////

1

2. The Clerk of the Court is directed to serve a copy of the petition and this order on Monica Knox, Assistant Federal Defender.

DATED: December 30, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
berm1290.110a