IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LORENZO FLORES BERMUDEZ,

    Petitioner,                                   No. CIV S-10-1290 DAD P

    vs.

UNITED STATES MARSHALL,
EASTERN DISTRICT OF CALIFORNIA,

    Respondent.                                ORDER

           Petitioner, a state prisoner proceeding with counsel, has requested that this action be dismissed. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Fed. R. Civ. P. 41(a).

DATED: February 11, 2011.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kly:12
berm1290.159